# United States Court of Appeals
## For the First Circuit

---

No. 24-1227

EDWIN ALEMANY,

Petitioner - Appellant,

v.

STEPHEN KENNEDY,

Respondent - Appellee.

---

Before

Montecalvo, Lynch, and Rikelman,
<u>Circuit Judges</u>.

---

**JUDGMENT**

Entered: December 3, 2025

    Petitioner-Appellant Edwin Alemany seeks a certificate of appealability ("COA") to appeal from the denial of his § 2254 petition in the district court. After careful review of petitioner's submissions and of the record below, we conclude that petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2); <u>see</u> <u>Slack</u> v. <u>McDaniel</u>, 529 U.S. 473, 484 (2000). Accordingly, Alemany's application for a COA is denied.

    The appeal is hereby terminated.

    It is so ordered.

                                      By the Court:

                                      Anastasia Dubrovsky, Clerk

cc:
Andrew Scott Crouch
Edwin Alemany
Nicole M. Nixon